Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

**Today's Date:** 09/15/2015

### ACCOUNT HOLDER & REQUESTER INFORMATION

| Account Holder Name: | Brenna Erlbaum | | | |
|---|---|---|---|---|
| **Billing Address:** | 501-I South Reino Road, #344 | | | |
| **City:** Newbury Park | | **State:** CA | | **Zip Code:** 91320 |
| **Requester Telephone:** | (805) 231-9798 | **Requester Email:** | Brenna.Erlbaum@HElaw.attorney | |

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT: In the fields in this section, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.*

| Pay.gov Tracking ID Number: 25NB98VM | | | ☐ Attorney Admission |
|---|---|---|---|
| Agency Tracking ID Number: 0971- 9830359 | | Fee Type: | ☑ Civil Case Filing / ☐ Notice of Appeal / ☐ Pro Hac Vice |
| Full Case Number (if applicable): 15-CV-4151 | | | ☐ Writ of Habeas Corpus |
| **Transaction Date:** 09/11/2015 | | **Transaction Time:** | |
| **Transaction Amount (Amount to be refunded):** $400.00 | | | |
| **Reason for Refund Request:** | Case inadvertently opened twice. Identical case already opened under case no. 15-CV-4150. New case has been correctly opened and complaint filed in case no. 15-CV-4211 with new fee paid. | | |

Efile this form using **Other Filings → Other Documents → Application for Refund**. Or see:
For assistance, contact the ECFHelpDesk at                    or 1-866-638-7829 Mon-Fri 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY |
|---|
| **Refund Request:** ☑ Approved ☐ Denied ☐ Denied - Resubmit Amended Application (see Reason for Denial) |
| **Approval/Denial Date:** 10/14/2015    **Request Approved/Denied By:** Ana Banana |
| **Pay.gov Refund Tracking ID Refunded:** 25NTATVF |
| **Agency Refund Tracking ID Number:** 0971-9830359 |
| **Date Refund Processed:** 10/14/15    **Refund Processed By:** Jessica Ray |
| **Reason for Denial (if applicable):** |
| **Referred for CSC Date (if applicable):** |